UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESAM MOHAMED SABBAHI | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VERSUS | § | CIVIL ACTION NO.: 4:16-cv-01187 |
| | § | |
| TEXAS FARMERS INSURANCE COMPANY | § | |
| | § | |
| DEFENDANT | § | |
| | § | |

### RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Wesam Mohamed Sabbahi, and Defendant, Texas Farmers Insurance Company, by and through their respective undersigned counsel, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 9, 2017.

Respectfully submitted,

*/s/ Wisam Ghuneim*
Wisam Ghuneim
**THE GHUNEIM LAW FIRM**
3115 Preston, Suite F
Pasadena, TX 77505
P: (281) 487-8929
Email: wg@ghuneimlaw.com
Counsel for Plaintiff, WESAM MOHAMED SABBAHI

AND

/s/ *William T. Treas*
WILLIAM T. TREAS, LA. S.B. 26537
FEDERAL I.D. 34812
**NIELSEN, CARTER & TREAS, LLC**
3838 N. Causeway Boulevard, Suite 2850
Metairie, LA 70002
P: (504) 837-2500; F: (504) 832-9165
Email: wtreas@nct-law.com
Counsel for Defendant,
TEXAS FARMERS INSURANCE COMPANY

BRADLEY K. JONES
STATE BAR NO. 24060041
**BAKER & HOSTETLER, LLP**
1000 Louisiana, Suite 2000
Houston, TX 77002
P: (713) 751-1600; F: (713) 751-1717
Email: bkjones@bakerlaw.com;
Local Counsel for Defendant,
TEXAS FARMERS INSURANCE COMPANY