Case 4:16-cv-01187   Document 13   Filed on 03/13/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESAM MOHAMED SABBAHI | § § | |
| PLAINTIFF | § § | |
| VERSUS | § § | CIVIL ACTION NO.: 4:16-cv-01187 |
| TEXAS FARMERS INSURANCE COMPANY | § § § | |
| DEFENDANT | § § | |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court pursuant to a Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41 and it appearing that all parties consent to the requested relief;

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, and with each party to bear its own costs.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1